■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID STEVENSON, Appellant. [670 NYS2d 114] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered February 2, 1996, convicting him of assault in the second degree and promoting prison contraband in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor made improper remarks during summation is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Tevaha,* 84 NY2d 879; *People v Tardbania,* 72 NY2d 852, 853). In any event, while the contested remarks would have been better left

unsaid, in light of the overwhelming evidence of the defendant's guilt, any error in the prosecution's summation was harmless (*see, People v Crimmins,* 36 NY2d 230, 242; *People v Ortiz,* 239 AD2d 611; *People v Melendez,* 143 AD2d 946, 947). Thompson, J. P., Pizzuto, Joy and Florio, JJ., concur.